ROSY GRUNFELDER, Respondent, *v.* THE BROOKLYN HEIGHTS RAILROAD COMPANY, Appellant.

*Grunfelder* v. *Brooklyn Heights R. R. Co.*, 143 App. Div. 89, affirmed.

(Argued October 22, 1912; decided November 19, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 1, 1911, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*D. A. Marsh* and *George D. Yeomans* for appellant.

*Nicholas W. Hacker* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, CHASE and COLLIN, JJ.